| | |
|---|---|
| VINCENT P. LAROBINA | * |
|     Plaintiff | * |
| V. | * |
| | * |
| COMMISSIONER OF TRANSPORTATION | *    CASE NO: 3:03CV217 GLG |
| STATE OF CONNECTICUT; | * |
| | * |
| AQUARION WATER COMPANY; and | * |
| | * |
| CITY ENGINEER, CITY OF STAMFORD | * |
| | * |
|     Defendants | *    OCTOBER 23, 2003 |

*FILED Oct 24 2 49 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.*

## MEMORANDUM IN SUPPORT OF
## PLAINTIFF'S MOTION TO LIFT STAY OF PROCEEDINGS

The plaintiff respectfully requests that the Court consider the arguments made in plaintiff's Memorandum in Opposition to the Stay of Proceedings (Docket #20) as if incorporated here.

In their Motions requesting the subject stay, the defendants prevailed on the Court to issue the stay based on their claim that a concurrent action was pending in State Court. As plaintiff argued fully in his Memorandum of Opposition, the state and federal actions are not parallel as defined by the Colorado River Exception, and therefore, the stay of proceedings should be lifted in this federal action.

As of this date, the plaintiff's claim that the actions are not parallel is even more compelling because, in the state action, both the Commissioner of Transportation and the City of Stamford have been dropped from the litigation. Specifically, on July 17, 2003, the the plaintiff amended his Complaint in the state action whereby the only remaining party

4

defendants are the Yankee Gas Company and Aquarion Water Company. Resultantly, the parties in this federal action are no longer identical to the parties in the State action; the sole common defendant in both actions being Aquarion.

Wherefore, where the defendants certainly have not availed themselves of the opportunity provided them by the stay of proceedings; and where, the state and federal actions are not parallel, the plaintiff prays the Court will lift the stay of proceedings currently in effect and allow the plaintiff to advance this litigation.

Respectfully Submitted,
Plaintiff, Pro Se

Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, Connecticut 06901
Tel:   203-325-2004
Fax:   203-325-0066

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class, on even date herewith, to the following counsel of record:

Attorney Joseph Hammer (Aquarion Water Company) Day, Berry and Howard, 1 City Place Hartford, Connecticut 06103, TEL: 860-275-0100, FAX: 860-275-0343

Attorney James Minor (City of Stamford), Office of Legal Affairs, City of Stamford, 888 Washington Bld, Stamford, Connt 06904, TEL: 203-977-4087, FAX:203-977-5560

Attorney Andrew Graham ( Commissioner of Transportation), Office of Attorney General 55 Elm Street, Hartford, Conn. 06106, TEL: 860-808-5114, FAX: 860-808-5090

Vincent P. Larobina