| | |
|---|---|
| VINCENT P. LAROBINA<br>    Plaintiff<br>V.<br><br>COMMISSIONER OF TRANSPORTATION<br>STATE OF CONNECTICUT;<br><br>AQUARION WATER COMPANY: and<br><br>CITY ENGINEER, CITY OF STAMFORD<br><br>    Defendants | *<br>*<br>*<br>*<br>* CASE NO: 3:03CV 217 GLG<br>*<br>*<br>*<br>*<br>* JANUARY 9, 2004<br>*<br>* |

FILED

## OBJECTION TO THE
## PARTICIPATION OF THE YANKEE GAS
## COMPANY IN SCHEDULED SETTLEMENT CONFERENCE

1. The above captioned action has been assigned for a settlement conference on January 22, 2004 before U.S. Magistrate Judge, Honorable William I. Garfinkel

2. Plaintiff has been advised that a non-party, the Yankee Gas Company, through its attorney Mark Ostrowski, Esquire (Shipman & Goodwin) has been granted permission to attend and participate in said conference.

3. Yankee Gas is not a party to this action, and Attorney Ostrowski does not have an appearance on file in this action on behalf of any of the other defendants.

**WHEREFORE**, the plaintiff respectfully objects to the presence and participation of Yankee Gas Company and/or Attorney Ostrowski at the afore-mentioned conference.

        Respectfully Submitted,

        Vincent P. Larobina, pro se
        113 Grove Street
        Stamford, Connecticut 06901
        Tel: 203-325-2004
        Fax: 203-325-0066