| | |
|---|---|
| VINCENT P. LAROBINA | * |
| Plaintiff | * |
| V. | * |
| | * |
| COMMISSIONER OF TRANSPORTATION | * CASE NO: 3:03CV 217 GLG |
| STATE OF CONNECTICUT; | * |
| | * |
| AQUARION WATER COMPANY: and | * |
| | * |
| CITY ENGINEER, CITY OF STAMFORD | * JANUARY 9, 2004 |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF OBJECTION TO THE PARTICIPATION OF THE YANKEE GAS COMPANY IN SCHEDULED SETTLEMENT CONFERENCE

On or about April 3, 2003, the defendants, Commissioner of Transportation (the "Commissioner") and Aquarion Water Company ("Aquarion") jointly- and the defendant City Engineer, City of Stamford (the "City") individually- filed motions requesting a stay of proceedings and a referral to a Judge Magistrate. The basis of the defendant's claim was that identical actions were pending in State and Federal Court. In opposition, the plaintiff, Vincent P. Larobina, objected to the request for stay and the referral because the actions at issue were not parallel and did not meet the requisite criteria for the District Court to forego jurisdiction.

. The plaintiff's objection was overruled in part, the Court (Honorable Gerard L. Goettel, USSDJ) ordering: " Motion granted to the limited extent of referring the case to Magistrate Judge William I. Garfinkel for possible settlement.".

As to the subject objection, the allowance of the participation of Yankee Gas in the settlement conferenece, would be to accord the State and Federal actions equal footing.

Since it is the plaintiff's position that the State and Federal actions are profoundly distinguished in substance and content, the plaintiff does not waive his original objection to the actions being viewed as non-parallel.

For that reason, the plaintiff respectfully objects to the participation of non-party Yankee Gas in this District Court Settlement Conference.

Respectfully Submitted,

Vincent P. Larobina
113 Grove Street
Stamford, Connecticut 06901
Tel:   203-325-2004
Fax:   203-325-0066

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, first class, on even date herewith, to the following counsel of record:

Attorney Joseph Hammer (Aquarion Water Company)
Day, Berry and Howard
1 City Place
Hartford, Connecticut 06103
TEL: 860-275-0100
FAX: 860-275-0343


Attorney James Minor (City of Stamford)
Office of Legal Affairs
City of Stamford
888 Washington Boulevard
Stamford, Connecticut 06904
TEL: 203-977-4087
FAX: 203-977-5560


Attorney Andrew Graham ( Commissioner of Transportation)
Office of Attorney General
55 Elm Street
Hartford, Connecticut 06106
TEL: 860-808-5114
FAX: 860-808-5090



*[signature]*
Vincent P. Larobina, Pro Se

PLAINTIFF, PRO SE
113 Grove St
Stamford, CT 06901
203-325-2004
203-325-0066