VINCENT P. LAROBINA                            *
          Plaintiff                        *
V.                                             *          FILED
                                              *
COMMISSIONER OF TRANSPORTATION                 *     CASE NO. 3:03CV217 GLG
STATE OF CONNECTICUT;                          *
                                              *        US DISTRICT COURT
AQUARION WATER COMPANY: and                    *         BRIDGEPORT CT
                                              *
CITY ENGINEER, CITY OF STAMFORD                *      JANUARY 9, 2004
                                              *
          Defendants                       *
*****************************************************

## OBJECTION TO THE
## PARTICIPATION OF THE YANKEE GAS
## COMPANY IN SCHEDULED SETTLEMENT CONFERENCE

1.    The above captioned action has been assigned for a settlement conference on January 22, 2004 before U.S. Magistrate Judge, Honorable William I. Garfinkel

2.    Plaintiff has been advised that a non-party, the Yankee Gas Company, through its attorney Mark Ostrowski, Esquire (Shipman & Goodwin) has been granted permission to attend and participate in said conference.

3.    Yankee Gas is not a party to this action, and Attorney Ostrowski does not have an appearance on file in this action on behalf of any of the other defendants.

**WHEREFORE**, the plaintiff respectfully objects to the presence and participation of Yankee Gas Company and/or Attorney Ostrowski at the afore-mentioned conference.

Respectfully Submitted,

*Vincent P. Larobina* (signature)

Vincent P. Larobina
113 Grove Street
Stamford, Connecticut 06901
Tel:   203-325-2004
Fax:  203-325-0066