UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Amended (from 9/26/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 22, 2004

10:00 a.m.

*Held 2 hours.*

CASE NO. **3:03cv217 (GLG)**    **Larobina v. Transportation Commissioner of Conn., et al**

Drew S. Graham
Office of The Attorney General
55 Elm St., Third Floor Annex
Hartford, CT 06106


Joseph L. Hammer
Day, Berry & Howard-Htfd-CT
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

Vincent P. Larobina
113 Grove Street
Stamford, CT 06901


James V. Minor
City of Stamford
Office of Legal Affairs
888 Washington Blvd.
Stamford, CT 06904-2152


\* THE PREVIOUSLY ISSUED SETTLEMENT ORDER BY JUDGE GARFINKEL

REMAINS IN EFFECT.

  THANKS.

                 BY ORDER OF THE COURT
                 KEVIN F. ROWE, CLERK