VINCENT P. LAROBINA          *
        Plaintiff          *
V.          *
                  *
COMMISSIONER OF TRANSPORTATION          *    CASE NO: 3:03CV 217 GLG
STATE OF CONNECTICUT;          *
                  *
AQUARION WATER COMPANY: and          *
                  *
CITY ENGINEER, CITY OF STAMFORD          *    JANUARY 9, 2004
                  *
        Defendants          *
****************************************************

## OBJECTION TO THE
## PARTICIPATION OF THE YANKEE GAS
## COMPANY IN SCHEDULED SETTLEMENT CONFERENCE

1.    The above captioned action has been assigned for a settlement conference on January 22, 2004 before U.S. Magistrate Judge, Honorable William I. Garfinkel

2.    Plaintiff has been advised that a non-party, the Yankee Gas Company, through its attorney Mark Ostrowski, Esquire (Shipman & Goodwin) has been granted permission to attend and participate in said conference.

3.    Yankee Gas is not a party to this action, and Attorney Ostrowski does not have an appearance on file in this action on behalf of any of the other defendants.

**WHEREFORE**, the plaintiff respectfully objects to the presence and participation of Yankee Gas Company and/or Attorney Ostrowski at the afore-mentioned conference.

Respectfully Submitted,

Vincent P. Larobina, pro se
113 Grove Street
Stamford, Connecticut 06901
Tel:    203-325-2004
Fax:    203-325-0066