UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -3  P 3:44
US DISTRICT COURT
BRIDGEPORT CT

LAROBINA

V.                                                        3:03CV217(GLG)

COMMISSIONER, ET AL.

ORDER RE: PENDING MOTIONS REGARDING STAY

Plaintiff's motion to lift stay (Doc. #24) and defendant City's motion for stay (Doc. #19-1) are DENIED as moot in light of new order of stay issued today.

So ordered on January 30, 2004, at Bridgeport.

William I. Garfinkel, U.S.M.J.