UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB -3  P 3: 45

US DISTRICT
BRIDGEPORT

LAROBINA

V.                                               3:03CV217(GLG)

COMMISSIONER, ET AL.


ORDER OF STAY


The Court stays proceedings in this matter until June 4, 2004, or until further order of this Court. This order is without prejudice to the parties' rights to make appropriate motions or conduct trial preparation if this matter were not to resolve before the end of the stay. Moreover, any party may move to lift the stay for good cause.

It is further ordered, that the parties arrange with the Court to hold brief telephonic status conferences in March and May of 2004. The Court requests that Aquarian's counsel initiate those conferences and work with chambers to schedule them.


So ordered on January 30, 2004, at Bridgeport.

USMJ
Magistrate Judge William I. Garfinkel