UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
VINCENT LAROBINA                    :
                                    :
        Plaintiff,                  :   CIVIL ACTION NO.
                                    :   3:03-cv-217 (GLG)
    v.                              :
                                    :
COMMISSIONER OF                     :
TRANSPORTATION, et al.              :
                                    :
        Defendants.                 :
-----------------------------------------------x
```

## RULING LIFTING STAY

Plaintiff's motion to lift the stay in this case (Doc. # 34) is GRANTED.

SO ORDERED, this 8th day of April 2004, at Bridgeport, Connecticut.

/s/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge