*03CV217TSCH*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 5, 2004

2:00 p.m.

*Held 30 mins)*

CASE NO. **3:03cv217 (GLG)**   **Larobina vs. Transportation Commissioner, State of Connecticut**

Drew S. Graham
Office of The Attorney General
55 Elm St., Third Floor Annex
Hartford, CT 06106


Joseph L. Hammer
Day, Berry & Howard-Htfd-CT
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449


Vincent P. Larobina
113 Grove Street
Stamford, CT 06901


James V. Minor
City of Stamford
Office of Legal Affairs
888 Washington Blvd.
Stamford, CT 06904-2152


* JAMES MINOR WILL INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL.

    THANKS.