UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LAROBINA | : | CIVIL ACTION NO. 3:03 CV 0217 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| COMMISSIONER OF TRANSPORTATION, STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | APRIL 22, 2004 |

## APPEARANCE

TO:   Clerk
United States District Court
141 Church Street
New Haven, CT  06510

Please enter the appearance of the undersigned on behalf of the defendant, **AQUARION WATER COMPANY OF CONNECTICUT**, in the above-referenced matter.

_____
Alex G. Filotto (ct22780)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343
E-mail:  agfilotto@dbh.com
Its Attorneys

-2-

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent this 22nd day of April, 2004, via first class mail, postage prepaid to:

Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, CT  06901
Tel:  (203) 325-2004
Fax:  (203) 325-0066

Andrew Graham, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Tel:  (860) 808-5114
Fax:  (860) 808-5090

James V. Minor, Esq.
Assistant Corporation Counsel
City Of Stamford
888 Washington Blvd.
P.O. Box 10152
Stamford, CT  06904-2152
Tel:  (203) 977-4087
Fax:  (203) 977-5560

                                                _____
                                                  Alex G. Filotto