UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LAROBINA | : | CIVIL ACTION NO. 3:03 CV 0217 (GLG) |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| COMMISSIONER OF TRANSPORTATION, | : | |
| STATE OF CONNECTICUT, et al. | : | |
| | : | |
| Defendants. | : | APRIL 23, 2004 |

## <u>MOTION FOR EXTENSION OF TIME</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b)(1)(a) of the

Local Civil Rules of the United States District Court for the District of Connecticut, defendant

Aquarion Water Company of Connecticut ("Aquarion") respectfully moves this Court for an

extension of time to and including May 28, 2004 within which to file an answer or motion

addressed to the Complaint in this matter.

This Court entered a limited stay of this action on June 25, 2003 and referred the matter

to Magistrate Judge Garfinkel for purposes of settlement discussions.  An action involving

similar facts and claims, entitled <u>Larobina v. Commissioner of Transportation, et al.</u>, CV02-

0192666-S, is currently pending in the Connecticut Superior Court for the Judicial District of

Stamford/Norwalk at Stamford.  On January 30, 2004, after meeting with the parties, Magistrate

Judge Garfinkel entered an order staying proceedings in this action "until June 4, 2004 or until

further notice from this Court."  Plaintiff subsequently filed a motion dated March 31, 2004

requesting a lifting of the stay.  Plaintiff also sent a letter dated April 7, 2004 to Magistrate Judge

Garfinkel with a similar request.  On April 8, 2004, prior to the expiration of the 21 day period for the filing of responses to plaintiff's motion, Magistrate Judge Garfinkel granted the motion.

In light of Magistrate Judge Garfinkel's order, and in the interest of reestablishing a schedule for the disposition of this matter and complying with any Court deadlines, Aquarion requests that it be afforded until May 28, 2004 to file an answer or motion addressed to the Complaint.  The requested extension is necessary in order to allow sufficient time to formulate an appropriate response to the Complaint.

This is Aquarion's second request for extension of time.  Aquarion previously requested an extension of time following the initial service of the Complaint and prior to the referral to Magistrate Judge Garfinkel.

Plaintiff Vincent Larobina has indicated that he does not object to this request to the extent that it seeks an extension of time to file an answer, but he does object to the request to the extent that it seeks to extend the time for filing a response other than an answer.

DEFENDANT, AQUARION WATER
COMPANY OF CONNECTICUT

_____
Joseph L. Hammer (ct00446)
Alex G. Filotto (ct22780)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:   (860) 275-0343
E-mail:  jlhammer@dbh.com
E-mail:  afilotto@dbh.com
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent this 23rd day of April, 2004, via first class mail, postage prepaid to:

Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, CT 06901
Tel: (203) 325-2004
Fax: (203) 325-0066

Andrew Graham, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: (860) 808-5114
Fax: (860) 808-5090

James V. Minor, Esq.
Assistant Corporation Counsel
City Of Stamford
888 Washington Blvd.
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560

_____
Alex G. Filotto