**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
-----------------------------------X
VINCENT LAROBINA,                  :
                                   :
        Plaintiff,                 :       ORDER
                                   :
     -against-                     :
                                   :       3: 03 CV 217 (GLG)
COMMISSIONER OF TRANSPORATION,     :
STATE OF CONNECTICUT, et al.,      :
                                   :
        Defendants.                :
-----------------------------------X
```

    Defendant, Aquarion Water Company, motion for extension of time [Doc. #39] to May 28, 2004 to file an answer or motion addressed to the Complaint is **granted**.

    **SO ORDERED.**

**Dated:   May 4, 2004**
**Waterbury, CT**                                                          **/s/**
                                                                                     Gerard L. Goettel
                                                                                        U.S.D.J.