UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LAROBINA | : CIVIL ACTION NO. 3:03 CV 0217 (GLG) |
| Plaintiff, | : |
| VS. | : |
| COMMISSIONER OF TRANSPORTATION, STATE OF CONNECTICUT, et al. | : |
| Defendants. | : MAY 28, 2004 |

**MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR STAY OF PROCEEDINGS**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and the inherent authority of this Court, defendant Aquarion Water Company of Connecticut ("Aquarion") respectfully moves that this Court dismiss this action or, in the alternative, stay this action pending resolution of a related prior pending state court action. A memorandum of law is submitted herewith in support of this motion.

**ORAL ARGUMENT REQUESTED**

                      DEFENDANT, AQUARION WATER
                      COMPANY OF CONNECTICUT

                      _____
                      Joseph L. Hammer (ct00446)
                      Alex G. Filotto (ct22780)
                      Day, Berry & Howard LLP
                      CityPlace I
                      Hartford, CT 06103-3499
                      Telephone: (860) 275-0100
                      Facsimile: (860) 275-0343
                      E-mail: jlhammer@dbh.com
                      E-mail: afilotto@dbh.com
                      Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent this 28th day of May, 2004, via first class mail, postage prepaid to:

Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, CT 06901
Tel: (203) 325-2004
Fax: (203) 325-0066

Andrew Graham, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: (860) 808-5114
Fax: (860) 808-5090

James V. Minor, Esq.
Assistant Corporation Counsel
City Of Stamford
888 Washington Blvd.
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560

_____
Alex G. Filotto