3CV0217 memop.p

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUN 3 46 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| VINCENT LAROBINA | : CIVIL ACTION NO. 3:03 CV 0217 (GLG) |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : |
| COMMISSIONER OF TRANSPORTATION, | : |
| STATE OF CONNECTICUT, et al. | : |
| | : |
| Defendants. | : JUNE 3, 2004 |

## MEMORANDUM OF LAW IN OPPOSITION TO MOTION
## FOR MANDATORY INJUNCTION

Defendant Aquarion Water Company of Connecticut ("Aquarion") respectfully submits

this memorandum of law in opposition to plaintiff's Motion for Mandatory Injunction Compelling

Aquarion Water Company to Remove Public Fire Hydrant from Plaintiff's Property dated May 10,

2004 and filed May 14, 2004. The Court should deny plaintiff's motion as moot because the fire

hydrant has been removed and relocated.

By letters dated April 26, 2004 and May 6, 2004, Aquarion informed plaintiff that the fire

hydrant would be removed and relocated and that such work would begin the week of May 24,

2004. (Letters attached as Ex. A hereto.) Nonetheless, on May 14, 2004, plaintiff filed his motion.

Construction of a replacement fire hydrant began during the week of May 17. The existing fire

hydrant was removed and relocated during the week of May 24.

Accordingly, because the fire hydrant has already been removed and relocated, plaintiff's motion is moot and should be denied.

DEFENDANT, AQUARION WATER
COMPANY OF CONNECTICUT

Joseph L. Hammer (ct00446)
Alex G. Filotto (ct22780)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343
E-mail:  jlhammer@dbh.com
E-mail:  afilotto@dbh.com
Its Attorneys

-2-

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent this 3rd day of June, 2004, via first class mail, postage prepaid to:

Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, CT  06901
Tel:  (203) 325-2004
Fax:  (203) 325-0066

Andrew Graham, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Tel:  (860) 808-5114
Fax:  (860) 808-5090

James V. Minor, Esq.
Assistant Corporation Counsel
City Of Stamford
888 Washington Blvd.
P.O. Box 10152
Stamford, CT  06904-2152
Tel:  (203) 977-4087
Fax:  (203) 977-5560

_____
Alex G. Filotto

-3-

Exhibit A

Aquarion Water Company
of Connecticut
600 Lindley Street
Bridgeport, CT 06606
www.aquarionwater.com



*Quality Water for Life®*

April 26, 2004

Mr. Vincent P. Larobina
111-113 Grove Street
Stamford, CT  06901

   Re:  111-113 Grove Street, Stamford, Connecticut

Dear Mr. Larobina:

   We are writing to you regarding the fire hydrant located in front of your property at 111-113 Grove Street in Stamford, Connecticut.  As you know, Aquarion denies your assertion in the lawsuits that you have commenced in the Connecticut Superior Court (<u>Larobina v. Commissioner of Transportation, et al.</u>, CV-02-0192066, J.D. of Stamford/Norwalk at Stamford) and the U.S. District Court for the District of Connecticut (<u>Larobina v. Commissioner of Transportation</u>, Civil Action No. 3:03 CV 0217 (GLG)), that Aquarion has wrongfully placed the fire hydrant on an easement area located on your property.  We do not believe that there is any merit to any of the claims that you assert against Aquarion in the two lawsuits.  However, notwithstanding this lack of merit, we have elected to relocate the fire hydrant from your property.

   Removal of the hydrant will require the excavation of a trench in the area of the existing fire hydrant, the installation of a new water main on Highland Road, the installation of a new hydrant on the north side of Highland Road, and associated activities.  We anticipate that this work will take approximately five days to complete.

   If we do not hear from you by May 3, 2004, we will assume that you have no objection, and we will proceed with the work.

       Very truly yours,

       Donald J. Morrissey
       Vice President of Finance
       Aquarion Water Company of Connecticut

Aquarion Water Company
of Connecticut
600 Lindley Street
Bridgeport, CT 06606
www.aquarionwater.com


**AQUARION**
*Water Company*

*Quality Water for Life®*

May 6, 2004

Mr. Vincent P. Larobina
111-113 Grove Street
Stamford, CT  06901

Re:    111-113 Grove Street, Stamford, Connecticut

Dear Mr. Larobina:

We are writing to you as a follow-up to our letter dated April 26, 2004 regarding the removal and relocation of the fire hydrant located in front of your property at 111-113 Grove Street in Stamford, Connecticut.

We are in the process of making the necessary arrangements to coordinate and perform the relocation work.  The new water main and hydrant must be installed on Highland Road before we can remove the existing hydrant.  At this time, we anticipate that we will be able to commence work during the week of May 24.

Very truly yours,

Donald J. Morrissey
Vice President of Finance
Aquarion Water Company of Connecticut