FILED

2004 JUN -8 P 1:49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
VINCENT LAROBINA                     :    CIVIL NO.
   Plaintiff                         :    3:03 CV 0217(EBB)

   v.                                :

CMR OF TRANSPORTATION, et al
Defendants                           :    June 7, 2004
-----------------------------------------------------------x
```

### MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR STAY OF

### PROCEEDINGS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and the inherent authority of this Court, Defendant City of Stamford respectfully moves that this Court dismiss this action, or in the alternative, stay this action pending a resolution of a related prior pending State court action. The City of Stamford adopts the Memorandum of Law dated May 28, 2004 of Aquarion Water Company.

**ORAL ARGUMENT REQUESTED**

THE DEFENDANT
CITY ENGINEER OF STAMFORD
THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY _____
James V. Minor
Assistant Corporation Counsel
Bar No. CT 05963
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152
(203) 977-4087 fax 977-5560


**CERTIFICATION**


      I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 7th day of June, 2004 to the following:

Vincent P. Larobina
113 Grove Street
Stamford, CT 06901
Tel: (203) 325-2004
Fax: (203) 325-0066

Joseph Hammer, Esq (Aquarion Water Company)
Day Berry & Howard
1 City Place
Hartford, CT 06103
Tel: (860) 275-0100
Fax: (860) 275-0343

Andrew Graham, Esq. (Cmr of Transportation)
Office of Attorney General
55 Elm Street
Hartford, CT 06106
Tel: (860) 808-5114
(Fax: (860) 808-5090

_____
James V. Minor
Assistant Corporation Counsel

3