| | |
|---|---|
| VINCENT P. LAROBINA | * |
|                Plaintiff | * |
| V. | * |
| | * |
| COMMISSIONER OF TRANSPORTATION | *   CASE NO: 3:03CV 217 GLG |
| STATE OF CONNECTICUT; | * |
| | * |
| AQUARION WATER COMPANY: and | * |
| | * |
| CITY ENGINEER, CITY OF STAMFORD | *   JUNE 9, 2004 |
| | * |
|                Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION TO MOTION OF CITY OF STAMFORD
## FOR MOTION TO DISMISS OR STAY PROCEEDINGS

The plaintiff, Vincent P. Larobina, respectfully represents as follows:

On or about June 7, 2004, defendant City of Stamford, (the City") filed a Motion to Dismiss this action or, in the alternative, Stay the Proceedings. In so doing, the City failed specifically to address in its Motion the basis for its claimed relief, but the City represented that it "adopts the Memorandum of Law dated May 28, 2004 of [defendant] Aquarion Water Company"; (Aquarion's Memorandum).

Aquarion's Memorandum is predicated on claims that this Court should dismiss this action on the basis of the Doctrine of Prior Pending Action due to the pendency of a prior action in State Superior Court; or alternatively, that due to the pendency of that action, a stay should be issued in the Federal proceedings until the State issues are resolved.

The plaintiff respectfully objects to the City's Motion because the City lacks jurisdictional standing to state any such claim. The City is not a party to the State action. In this regard, the City has cited no authority, and the plaintiff can find none, by which a non-party to State litigation can assert an independent claim of a prior pending action to

1

the District Court, where as here, there is no prior pending action against the City.

Additionally, in that no other action exists against the City other than the action here in Federal Court, there is no basis to support a stay of proceedings based on federal abstention. Abstention, under the circumstances and facts here, would require that a parallel action exists against the City- here, there is none. **Colorado River Water Conservation Dist. v. United States** 424 U.S. 800 (1976).

Wherefore, the plaintiff respectfully objects to this Motion. Nonetheless, without waiving this Objection, the plaintiff will be compelled to file a Memorandum of Law in Opposition to this seemingly improper claim, unless the City should decide to withdraw the Motion timely.

Plaintiff, Pro se
Vincent P. Larobina
113 Grove Street
Stamford, Connecticut 06901
Tel:   203-325-2004
Fax:   203-325-0066

2

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile, on the above date, to the following counsel of record:

Attorney Joseph Hammer (Aquarion Water Company); Day, Berry and Howard; 1 City Place Hartford, Connecticut 06103TEL: 860-275-0100;FAX: 860-275-0343

Attorney James Minor (City of Stamford);Office of Legal Affairs; City of Stamford; 888 Washington Boulevard; Stamford, Connecticut 06904;TEL: 203-977-4087;FAX: 203-977-5560

Attorney Andrew Graham ( Commissioner of Transportation);Office of Attorney General 55 Elm Street; Hartford, Connecticut 06106;TEL: 860-808-5114;FAX: 860-808-5090

Vincent P. Larobina

3