| | |
|---|---|
| VINCENT P. LAROBINA<br>                  Plaintiff<br>V.<br><br>COMMISSIONER OF TRANSPORTATION<br>STATE OF CONNECTICUT;<br><br>AQUARION WATER COMPANY: and<br><br>CITY ENGINEER, CITY OF STAMFORD<br><br>                  Defendants | CASE NO: 3:03CV 217 GLG<br><br><br>JUNE 9, 2004 |

## OBJECTION TO DEFENDANT AQUARION'S MOTION TO DISMISS OR STAY PROCEEDINGS

The plaintiff, Vincent P. Larobina, respectfully represents as follows:

On or about May 28, 2004, defendant Aquarion Water Company, ("Aquarion") filed a Motion to Dismiss this action or, in the alternative, Stay the Proceedings. Both of Aquarion's claims are unwarranted, because in plaintiff's view, respectfully, the Court can not grant the relief requested by Aquarion.

In its Motion to Dismiss, Aquarion requests that the entire action be dismissed due to the pendency of a prior State Court action. Notwithstanding that Aquarion is the <u>sole</u> party among the Federal defendants which is a party to that action, the Federal Court file clearly documents that the Commissioner of Transportation has already filed its Answer to Counts One and Five on this action. Therefore, as to the Commissioner and the plaintiff, these issues have been joined, and the Commissioner has waived its right to seek dismissal. To grant Aquarion's Motion based on a prior pending action, would put the plaintiff out of court as to his legitimate claims against the State.

Moreover, only Counts Two, Three, and Five are directed to Aquarion in the Federal

1

Action. Aquarion has cited no authority, nor is plaintiff aware of any authority, by which Aquarion can seek to dismiss Counts in a Complaint where Aquarion lacks any direct interest or representative capacity. Aquarion cannot seek to dismiss the entire Complaint- it can only seek to dismiss the Counts directed towards it. As such, the relief Aquarion seeks to achieve, and the means by which it seeks to achieve it- seem to the plaintiff as legally unwarranted and frivolous.

Additionally, as to the Stay of Proceedings, this is the second Motion for such a Stay instituted by Aquarion. (Pls see, Doc. # 17). In its first iteration, Aquarion was joined by the two other defendants, the City and the State. There, the Court (Hon. Gerard L. Goettel, USDJ) granted the stay as follows "*Motion granted to the limited extent of referring the case to Magistrate Judge William I. Garfinkel for possible settlement*".

The stay for settlement purposes has been lifted. Accordingly, it is plaintiff's view that Aquarion now is simply attempting to re-litigate its previous motion for stay. Plainly, in considering the first Motion for Stay, Judge Goettel determined that defendants' claims for federal abstention were invalid; if not, he would have accorded the defendants the full relief they requested. In granting defendants a stay solely for the targeted purpose of discussing settlement, Judge Goettel seemingly conveyed that a full stay did not meet the exceptional circumstances that would give rise to federal abstention.

Therefore, for the reasons stated above, the plaintiff objects to Aquarion's motion as unwarranted in law; and frivolous based on the facts and history of this litigation. Without waiving this objection, the plaintiff will respond timely to Aquarion's Motion, unless Aquarion decides to reconsider its Motion and withdraw it.

2

*[signature]*

Plaintiff, pro se
Vincent P. Larobina
113 Grove Street
Stamford, Connecticut 06901
Tel:   203-325-2004
Fax:   203-325-0066

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile, on the above date, to the following counsel of record:

Attorney Joseph Hammer (Aquarion Water Company); Day, Berry and Howard; 1 City Place Hartford, Connecticut 06103 TEL: 860-275-0100; FAX: 860-275-0343

Attorney James Minor (City of Stamford); Office of Legal Affairs; City of Stamford; 888 Washington Boulevard; Stamford, Connecticut 06904; TEL: 203-977-4087; FAX: 203-977-5560

Attorney Andrew Graham (Commissioner of Transportation); Office of Attorney General 55 Elm Street; Hartford, Connecticut 06106; TEL: 860-808-5114; FAX: 860-808-5090

*[signature]*

Vincent P. Larobina

3