VINCENT P. LAROBINA

    Plaintiff

V.

COMMISSIONER OF TRANSPORTATION   CASE NO: 3:03CV 217 GLG
STATE OF CONNECTICUT;

AQUARION WATER COMPANY; and

CITY ENGINEER, CITY OF STAMFORD     JUNE 8, 2004

    Defendants

*************************************************

### REQUEST FOR PERMISSION TO WITHDRAW MOTION FOR MANDATORY INJUNCTION COMPELLING AQUARION WATER COMPANY TO REMOVE PUBLIC FIRE HYDRANT FROM PLAINTIFF'S PROPERTY

On or about May 10, 2004, the plaintiff, Vincent P. Larobina, respectfully moved this Court to issue a mandatory injunction ordering Defendant Aquarion Water Company to remove a fire hydrant unlawfully placed on plaintiff's property.

On June 3, 2004, Aquarion filed a Memorandum of Law in Opposition to the Mandatory Injunction asserting that the matter had become moot because Aquarion had since removed the fire hydrant.

Actually, the matter is not moot. The effect of a mandatory injunction would be to place the movant back to his/her original position at the time of the transgression complained of.

In removing the fire hydrant, Aquarion excavated an area of approximately 50 square feet of lawn, which area is now loosely packed dirt. To place plaintiff back in his original position, Aquarion should have re-sodded the area, or at least, packed the dirt

1