| | | |
|---|---|---|
| VINCENT P. LAROBINA | * | FILED |
| Plaintiff | * | |
| V. | * | Jun 17  9 33 AM '04 |
| | * | |
| COMMISSIONER OF TRANSPORTATION | * | CASE NO: 3:03CV 217 EEB |
| STATE OF CONNECTICUT; | * | NEW HAVEN, CONN. |
| | * | |
| AQUARION WATER COMPANY; and | * | |
| | * | |
| CITY ENGINEER, CITY OF STAMFORD | * | |
| | * | |
| Defendants | * | JUNE 16, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN OPPOSITION TO MOTION
## TO DISMISS OR STAY FILED BY CITY OF STAMFORD

On June 7, 2004, the City of Stamford (the "City") filed a Motion to Dismiss, or alternatively, Stay proceedings in the pending action.

On June 9, 2004, plaintiff filed an objection to the City's Motion (Doc.#49-50), claiming that the City had no standing to dismiss or stay the Complaint.

The City of Stamford's Motion For Dismiss/Stay is a mirror copy, word for word, of defendant Aquarion's Motion to Dismiss/Stay dated May 28, 2004, save for the different party names. In fact, the City's Motion states: "The City of Stamford adopts the Memorandum of Law dated May 28, 2004 of Aquarion Water Company."

The plaintiff has responded to Aquarion's Motion by Memorandum in Opposition dated June 16, 2004, but nonetheless, plaintiff maintained his objection against Aquarion's Motion for attempting to re-litigate the law of the case, and for filing a Motion in which Aquarion wrongfully sought to act in a representative capacity for its co-defendants.

However, plaintiff's objection against the City's Motion is far more adamant where,

1

with all due respect, the plaintiff asserts that the City's Motion is improperly brought and should not be before this Court. Frankly, the motion is, in fact, frivolous.

Aquarion's Memorandum asserts that it is a party to concurrent litigation pending in state court, and thereby, Aquarion claims a right to seek the dismissal of the Complaint. Although, as argued fully in plaintiff's Memorandum, the plaintiff does not believe that Aquarion has the legal authority to seek the dismissal or stay of a Complaint where it is independently involved in only two (2) Counts of a five Count Complaint, the plaintiff accepts that Aquarion at least has some semblance of standing to make the claim.

On the other hand, the City of Stamford is not involved in the State litigation. There is no concurrent action pending against the City; it is not a party to any pending litigation with the plaintiff other than the litigation now before this Court. Consequently, there is absolutely no legal or factual basis to justify the City's claim for dismissal/stay based on any concurrent action.

The plaintiff would have consented to the City's request had the City wanted to file a brief in support of Aquarion's motion, but for the City to file an independent motion without any factual or legal underpinning is a waste of the Court's time and the plaintiff's.

Plaintiff will not belabor the issue, leaving it to the Court's discretion to determine the appropriateness of the City's Motion. But, in plaintiff's view, this Motion is facially without legal or factual foundation, and thus, is unwarranted and frivolous.

However, to the extent that the Court entertains the City's Motion, in that it is wholly based on Aquarion's Memorandum, the plaintiff respectfully requests that the Court consider the plaintiff's Memorandum in Opposition to Aquarion's Motion for Dismissal/Stay, as if fully incorporated here in opposition to the City's Motion.

2

Respectfully Submitted,
Plaintiff, Pro Se


Vincent P. Larobina
113 Grove Street
Stamford, Connecticut 06901
Tel:   203-325-2004
Fax:   203-325-0066


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class, on even date herewith, to the following counsel of record:

Attorney Joseph Hammer (Aquarion Water Company) Day, Berry and Howard, 1 City Place Hartford, Connecticut 06103, TEL: 860-275-0100, FAX: 860-275-0343

Attorney James Minor (City of Stamford), Office of Legal Affairs, City of Stamford, 888 Washington Boulevard, Stamford, Connecticut 06904, TEL: 203-977-4087, FAX: 203-977-5560

Attorney Andrew Graham ( Commissioner of Transportation), Office of Attorney General 55 Elm Street, Hartford, Connecticut 06106, TEL: 860-808-5114, FAX: 860-808-5090


Vincent P. Larobina