| | |
|---|---|
| VINCENT P. LAROBINA<br>                  Plaintiff<br>V.<br><br>COMMISSIONER OF TRANSPORTATION<br>STATE OF CONNECTICUT;<br><br>AQUARION WATER COMPANY; and<br><br>CITY ENGINEER, CITY OF STAMFORD<br><br>                  Defendants | CASE NO: 3:03CV 217 GLG<br><br><br><br><br>MAY 10, 2004 |

**MOTION FOR MANDATORY INJUNCTION
COMPELLING AQUARION WATER COMPANY TO
REMOVE PUBLIC FIRE HYDRANT FROM PLAINTIFF'S PROPERTY**

I. **PARTIES**

1. The plaintiff, Vincent P. Larobina, at all times herein mentioned has been the owner of a certain tract of land situated at 111-113 Grove Street in the city of Stamford, with a multi family house occupied in part by the plaintiff and other improvements thereon.

2. On information and belief, Defendant, Commissioner of the Department of Transportation of the State of Connecticut (the "DOT") has offices at 2800 Berlin Turnpike, Newington, Connecticut and agent for process at 55 Elm Street, Hartford, Connecticut.

3. On information and belief, Defendant, Aquarion Water Company, f/k/a the Bridgeport Hydraulic Company, ("Aquarion") is a public utility regulated by the Connecticut Department of Public Utility Control and licensed to provide water services in Connecticut with its Connecticut corporate headquarters located at 837 Main Street in the City of Bridgeport, Connecticut.

1