UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT P. LAROBINA,<br>        Plaintiff | :<br>:<br>:<br>: |
| v. | :   3:03-CV-217 (EBB) |
| COMMISSIONER OF TRANSPORTATION,<br>STATE OF CONNECTICUT, ET AL.,<br>        Defendants | :<br>:<br>: |

**RULING ON MOTION TO DISMISS, OR IN THE ALTERNATIVE,
<u>FOR STAY OF PROCEEDINGS</u> [Doc. No. 47]**

Defendant City of Stamford has filed this Motion, based on the "resolution of a related prior pending State court action." It has adopted the memorandum of law filed by its co-defendant Aquarion Water Company, which has filed an identical Motion and which memorandum is based on the prior pending action doctrine. **However, the City is not a party to the prior pending State court action.** *A fortiori*, the present federal litigation is the sole action filed against it. Resultingly, its Motion [Doc. No. 47] is hereby DISMISSED.

                                            SO ORDERED

                                            _____

                                            ELLEN BREE BURNS

                                            SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this ___ day of March, 2005.