```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

VINCENT P. LAROBINA,              :
        Plaintiff         :
                          :
                          :
    v.                        :   3:03-CV-217 (EBB)
                          :
                          :
COMMISSIONER OF TRANSPORTATION,   :
STATE OF CONNECTICUT, ET AL.,     :
        Defendants        :

### **ORDER**

_____On or before April 1, 2005, the parties to this litigation shall file memoranda of law, not to exceed ten pages in length, responding to the following inquiry: what is property within the meaning of the Fourteenth Amendment ?  Reply memoranda, if any, shall be filed on or before April 15, 2005, and shall be limited to five pages in length.

                              SO ORDERED

                              _____

                              ELLEN BREE BURNS

                              SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this ___ day of March, 2005.