UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LAROBINA | : | CIVIL NO |
| *Plaintiff* | : | 3:03 CV 0217(EBB) |
| v. | : | |
| | : | |
| COMMISSIONER OF | : | |
| TRANSPORTATION, et al | : | |
| *Defendants* | : | APRIL 1, 2005 |

## DEFENDANT COMMISSIONER OF TRANSPORTATION'S MEMORANDUM OF LAW IN RESPONSE TO COURT'S ORDER

Pursuant to the Court's Order dated March 11, 2005, Defendant Commissioner of Transportation ("Commissioner") respectfully submits that it joins all propositions of law set forth in the Memorandum of Law by co-Defendant Aquarion Water Company ("Aquarion"), dated April 1, 2005, in response to the following question issued by the Court: what is property within the meaning of the Fourteenth Amendment?

The Commissioner respectfully submits the following factual distinction between its position and that of Aquarion: it does not agree with Aquarion's assertion that "any purported impacts to the value of Plaintiff's property from the placement of a fire hydrant would necessarily be subsumed in a condemnation appeal." Rather, the Commissioner submits that any alleged impacts to the Plaintiff's property from the placement of a fire hydrant on it have no relevance or place in a condemnation appeal where, as in this case, such placement was not a part of the Notice of Condemnation of the sidewalk easement issued by the Commissioner to the Plaintiff, and where the Commissioner had no role in or knowledge of such placement prior to its occurrence.

WHEREFORE, Defendant respectfully requests that the Court dismiss Plaintiff's claims against it for Declaratory and Injunctive Relief and for a violation of 42 U.S.C. § 1983 set forth in his First and Fifth Counts.

                              DEFENDANT,
                              COMMISSIONER OF
                              TRANSPORTATION

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____
        Drew S. Graham
        Assistant Attorney General
        Federal Bar No. ct16741
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5090
        Fax: (860) 808-5384

**CERTIFICATION**

I hereby certify that a copy of the foregoing **Memorandum of Law** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 1st day of April, 2005, first class postage prepaid to:

Vincent P. Larobina
113 Grove Street
Stamford, CT 06901
Tel: (203) 325-2004
Fax: (203) 325-0066

Joseph Hammer, Esq. (Aquarion Water Company)
Day, Berry & Howard
1 City Place
Hartford, CT 06103
Tel: (860) 275-0100
Fax: (860) 275-0343

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560

_____
Drew S. Graham
Assistant Attorney General