```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


VINCENT LAROBINA,                  :
       Plaintiff,                  :
                                   :
       v.                          :    No. 3:03CV217(EBB)
                                   :
COMMISSIONER OF                    :
TRANSPORTATION, ET AL,             :
       Defendants.                 :
```

ORDER

Before the Court is Defendant Aquarion Water Company of Connecticut's <u>Motion to Dismiss or, in the Alternative, For Stay of Proceedings</u> [Doc. No. 43].

On page 2 of Defendant's Memorandum of Law in Support [Doc. No. 44], Defendant has referenced Plaintiff's revised amended state complaint (dated February 26, 2004) as "Exhibit A" attached to the memorandum of law.

Such exhibit was not attached to the memorandum of law and was never received by the United States District Court Clerk's Office.  Defendant Aquarion is hereby ORDERED to file such attachment on or before October 11, 2005.  Defendant shall also send, via facsimile, a courtesy copy to Chambers as soon as possible.

                              SO ORDERED.

                              _____
                              ELLEN BREE BURNS
                              SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this ___ day of October, 2005.

Case 3:03-cv-00217-EBB    Document 64    Filed 10/06/2005    Page 2 of 2