UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LAROBINA | : CIVIL ACTION NO. 3:03 CV 0217 (EBB) |
| Plaintiff, | : |
| VS. | : |
| COMMISSIONER OF TRANSPORTATION, STATE OF CONNECTICUT, et al. | : |
| Defendants. | : NOVEMBER 8, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b)(1)(a) of the Local Civil Rules of the United States District Court for the District of Connecticut, defendant Aquarion Water Company of Connecticut ("Aquarion") respectfully moves this Court for an extension of time of fourteen days, up to and including November 23, 2005, within which to file an answer to the Complaint in this matter.

By order dated October 26, 2005, the Court denied Aquarion's Motion to Dismiss or, in the Alternative, For Stay of Proceedings (the "Motion to Dismiss"). Aquarion's requested extension of time is necessary in order to permit Aquarion to prepare an appropriate answer and affirmative defenses. This is Aquarion's third request for extension of time: the first followed the initial service of the Complaint, and the second followed the lifting of a stay of this case by Magistrate Judge Garfinkel and preceded the filing of Aquarion's Motion to Dismiss. Plaintiff Vincent Larobina consents to the requested extension of time.

-2-

        DEFENDANT, AQUARION WATER
        COMPANY OF CONNECTICUT

        /s/Alex G. Filotto_____
        Joseph L. Hammer (ct00446)
        Alex G. Filotto (ct22780)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT  06103-3499
        Telephone:  (860) 275-0100
        Facsimile:   (860) 275-0343
        E-mail:  jlhammer@dbh.com
        E-mail:  afilotto@dbh.com
        Its Attorneys

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent this 8th day of November, 2005, via first class mail, postage prepaid to:

Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, CT 06901
Tel: (203) 325-2004
Fax: (203) 325-0066

Andrew Graham, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: (860) 808-5114
Fax: (860) 808-5090

James V. Minor, Esq.
Assistant Corporation Counsel
City Of Stamford
888 Washington Blvd.
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560

                                                            /s/Alex G. Filotto
                                                           Alex G. Filotto