UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LAROBINA | : | CIVIL ACTION NO. 3:03 CV 0217 (EBB) |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| COMMISSIONER OF TRANSPORTATION, STATE OF CONNECTICUT, et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER 22, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b)(1)(a) of the Local Civil Rules of the United States District Court for the District of Connecticut, defendant Aquarion Water Company of Connecticut ("Aquarion") respectfully moves this Court for an extension of time of twenty-one (21) days, up to and including December 14, 2005, within which to file an answer to the Complaint in this matter. Aquarion's answer is currently due on November 23, 2005.

The reason for this request is that Aquarion and plaintiff have reached a resolution of the claims made against Aquarion. The requested extension will afford sufficient time for the preparation of settlement papers, and will allow Aquarion to avoid expending resources on the preparation of an answer in the meantime. This is Aquarion's fourth request for extension of time: the first followed the initial service of the Complaint, and the second followed the lifting of a stay of this case by Magistrate Judge Garfinkel and preceded the filing of Aquarion's Motion to Dismiss or, in the Alternative, For Stay of Proceedings. Plaintiff Vincent Larobina consents to the requested extension of time.

DEFENDANT, AQUARION WATER
COMPANY OF CONNECTICUT


  /s/ Alex G. Filotto
Joseph L. Hammer (ct00446)
Alex G. Filotto (ct22780)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343
E-mail:  jlhammer@dbh.com
E-mail:  afilotto@dbh.com
Its Attorneys

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent this 22nd day of November, 2005, via first class mail, postage prepaid to:

Vincent P. Larobina, Pro Se  
113 Grove Street  
Stamford, CT 06901  
Tel: (203) 325-2004  
Fax: (203) 325-0066  

Andrew Graham, Esq.  
Assistant Attorney General  
55 Elm Street  
Hartford, CT 06106  
Tel: (860) 808-5114  
Fax: (860) 808-5090  

James V. Minor, Esq.  
Assistant Corporation Counsel  
City Of Stamford  
888 Washington Blvd.  
P.O. Box 10152  
Stamford, CT 06904-2152  
Tel: (203) 977-4087  
Fax: (203) 977-5560  

                                              /s/ Alex G. Filotto  
                                              Alex G. Filotto