UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT LAROBINA | : | CIVIL ACTION NO. 3:03 CV 0217 (EBB) |
| Plaintiff, | : | |
| VS. | : | |
| COMMISSIONER OF TRANSPORTATION, STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | DECEMBER 13, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b)(1)(a) of the Local Civil Rules of the United States District Court for the District of Connecticut, defendant Aquarion Water Company of Connecticut ("Aquarion") respectfully moves this Court for an extension of time of seven (7) days, up to and including December 21, 2005, within which to file an answer to the Complaint in this matter. Aquarion's answer is currently due on November 14, 2005.

The reason for this request is that Aquarion and plaintiff have reached a resolution of the claims made against Aquarion. Settlement papers have been prepared. The requested extension will afford sufficient time for the execution and exchange of the settlement papers, as well as the filing of a dismissal with this Court, and will allow Aquarion to avoid expending resources on the

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED

preparation of an answer in the meantime.  This is Aquarion's fifth request for extension of time: the first followed the initial service of the Complaint, and the second followed the lifting of a stay of this case by Magistrate Judge Garfinkel and preceded the filing of Aquarion's Motion to Dismiss or, in the Alternative, For Stay of Proceedings.  Plaintiff Vincent Larobina consents to the requested extension of time.

> DEFENDANT,
> AQUARION WATER COMPANY
> OF CONNECTICUT
>
> _____
> Joseph L. Hammer (ct00446)
> Alex G. Filotto (ct22780)
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, CT  06103-3499
> Telephone:  (860) 275-0100
> Facsimile:  (860) 275-0343
> E-mail:  jlhammer@dbh.com
> E-mail:  afilotto@dbh.com
> Its Attorneys

– 3 –

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent this 13th day of December, 2005, via first class mail, postage prepaid to:

Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, CT  06901


Andrew Graham, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT  06106


James V. Minor, Esq.
Assistant Corporation Counsel
City Of Stamford
888 Washington Blvd.
P.O. Box 10152
Stamford, CT  06904-2152

_____
Joseph L. Hammer