UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT P. LAROBINA | : | CIVIL ACTION NO. 3:03 CV 0217 (EBB) |
| Plaintiff, | : | |
| VS. | : | |
| COMMISSIONER OF TRANSPORTATION, STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | DECEMBER 15, 2005 |

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Vincent P. Larobina hereby dismisses this action, with prejudice and without costs, as to defendant Aquarion Water Company of Connecticut and defendant City Engineer of the City of Stamford.

PLAINTIFF,
VINCENT P. LAROBINA


By _____
Vincent P. Larobina, Pro Se
113 Grove Street
Stamford, CT  06901
Tel.  (203) 325-2004
Fax  (203) 325-0066
e-mail: vin-pro-se@snet.net

# CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Dismissal with Prejudice was hand delivered this 15th day of December 2005 to:

> Joseph L. Hammer, Esq.
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, CT 06103-3499

and sent this 15th day of December 2005 by first-class U.S. mail, postage prepaid, to:

> James V. Minor, Esq.
> City of Stamford
> Office of Legal Affairs
> 888 Washington Blvd.
> Stamford, CT 06904-2152
>
> Drew S. Graham, Esq.
> Office of The Attorney General
> 55 Elm St., Third Floor Annex
> Hartford, CT 06106

_____
Vincent P. Larobina, Pro Se