UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VINCENT P. LAROBINA

   -vs-                                                                        Civil No. 3:03cv217(EBB)

COMMISSIONER OF TRANSPORTATION
STATE OF CONNECTICUT, AQUARION WATER
COMPANY AND CITY ENGINEER, CITY OF STAMFORD

J U D G M E N T

      A notice of proposed dismissal [74] of the above-captioned action was sent to counsel of record on September 26, 2006 as to defendant Commissioner of Transportation State of Connecticut, pursuant to this Court's Local Rule 41(a).

      On October 19, 2006, Plaintiff filed a response to this notice indicating his acceptance of an entry of an order of dismissal. On December 20, 2005, an order entered granting the dismissal with prejudice and without costs as to defendant Aquarion Water Company and City Engineer, City of Stamford.

      It is hereby, ORDERED that this action is dismissed without costs to any party.

      Dated at New Haven, Connecticut, this 26th day of October, 2006.

                                                                              Kevin F. Rowe, Clerk

                                                        By _____
                                                                 Melissa Ruocco
                                                                 Deputy Clerk

EOD_____